UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV21-9682-CAS(PDx) | Date | March 17, 2022 |
|---|---|---|---|
| Title | *JASON EMER v. NICOLE SPEARMAN; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) - PLAINTIFF JASON EMER'S RESPONSE TO ORDER TO SHOW CAUSE ISSUED BY THE COURT ON MARCH 2, 2022 (Filed 3/17/2022)[33]

The Court is in receipt of plaintiff's Response to Order to Show Cause Issued by The Court on March 2, 2022[33] filed March 17, 2022. The Court hereby grants plaintiff's request to continue the Order to Show Cause.

**IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **May 20, 2022**, why this action should not be dismissed for lack of prosecution **as to defendants ARMEZ SPEARMAN; and CARTHELL SANDERS, only.**

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff is advised that the Court will consider a proof of service of summons and complaint on **defendants ARMEZ SPEARMAN; and CARTHELL SANDERS** on or before the above date, as a satisfactory response to the Order to Show Cause.

|  | 00 : 00 |
|---|---|
| Initials of Preparer | CMJ |