JS-6

SEGAL LAW GROUP
LAWRENCE SEGAL [BAR NO. 101339]
<lawrence@legalsegal.com>
ANDREW D. SHUPE [BAR NO. 240635]
<andrew@legalsegal.com>
9100 Wilshire Boulevard, Suite 616E
Beverly Hills, California 90212-3557
Telephone: (310) 550-4840
Facsimile: (310) 550-4848

Attorneys for Plaintiff Jason Emer

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JASON EMER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NICOLE SPEARMAN, an individual; ARMEZ SPEARMAN, an individual; CARTHELL SANDERS, an individual; and DOES 1 through 30, inclusive,<br><br>Defendants. | Case No. 21-cv-09682-CAS (PDX)<br><br>Assigned to Hon. Christina A. Snyder in Courtroom 8D<br><br>**ORDER DISMISSING JASON EMER'S COMPLAINT WITH PREJUDICE** |
| NICOLE SPEARMAN, an individual;<br><br>Third-Party Plaintiff,<br><br>v.<br><br>ENZO FIORE, an individual; TANNER JOHNSON, an individual; LAWRENCE SEGAL, an individual,<br><br>Third-Party Defendants. | Courtroom: 8D<br>First Street Courthouse<br>350 W. First Street, 8th Floor<br>Los Angeles, CA 90012 |

1

ORDER DISMISSING JASON EMER'S COMPLAINT WITH PREJUDICE; CASE NO. 21-CV-09682-CAS (PDX)

## ORDER

Pursuant to the Notice of Settlement and Stipulation for Dismissal of Jason Emer's Complaint with Prejudice entered into by and between plaintiff Jason Emer, on the one hand, and defendants Nicole Spearman and Armez Spearman, on the other hand, and filed in this action, IT IS HEREBY ORDERED THAT:

1. Jason Emer's Complaint and this action are hereby dismissed in their entirety, with prejudice, with each party bearing that party's own attorney's fees and costs.

IT IS SO ORDERED.

Dated: May 10, 2023

_____
Hon. Christina A. Snyder
U.S. District Court Judge